# DONNELLY, PETRYCKI & SANSONE
## ATTORNEYS AT LAW

**2201 Route 38, Suite 300**  
**Cherry Hill, New Jersey 08002**  
**Tel: 856-667-2600 | Fax: 856-667-8787**  
**www.donnellypetrycki.com**

**John V. Petrycki, Jr.**  
*Member of New Jersey Bar and*  
*Pennsylvania Bar*  
Direct Dial: 856-667-2600 x232  
jpetrycki@donnellypetrycki.com

September 9, 2024

**VIA E-FILING**
Honorable Elizabeth A. Pascal, U.S.M.J.
United States District Court
  for the District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th and Cooper Streets
Camden, NJ  08101

    Re:    Lewis/Harris v. Target Corporation
             Case No. 1:24-cv-00004-RMB-EAP
             File No. 3122-34

Dear Judge Pascal:

    This will confirm my conversation with Your Honor's Chambers this morning wherein the parties have settled the claims of Cynthia Harris and Brittany Lewis with regard to the above matter. We will begin the process of exchanging closing papers and will eventually file a Stipulation of Dismissal once the settlement drafts are processed.

    Your Honor had scheduled this matter for a Settlement Conference this afternoon. In light of the settlement, we will assume there is no need to attend the Conference unless we hear otherwise from Your Honor's Chambers.

    If you have any questions with regard to the above, please call.

    Respectfully,

**DONNELLY, PETRYCKI & SANSONE**

BY: */s/ John V. Petrycki, Jr.*
      **JOHN V. PETRYCKI, JR.**

JVP:lf
cc:    Jerry A. Lindheim, Esquire (via email and via e-filing)